■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. MICHAEL EDWARD KELLY, Admitted in 1989, at a Term of the Appellate Division, Second Department. [699 NYS2d 278] —Motion granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Ellerin, P. J., Nardelli, Williams, Mazzarelli and Saxe, JJ. [*See*, 247 AD2d 158.]

■ In the Matter of PHILIP J. DINHOFER, a Suspended Attorney. [699 NYS2d 278] —Petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Ellerin, P. J., Sullivan, Lerner, Rubin and Saxe, JJ.

(October 14, 1999)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EVERTON COKE, Appellant. [696 NYS2d 677] —Judgment, Supreme Court, New York County (Rena Uviller, J.), rendered November 27, 1996, convicting defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree, and sentencing him, as a second felony offender, to a term of 10 years, unanimously affirmed.

Defendant's suppression motion was properly denied. We see no reason to disturb the hearing court's credibility determinations, which are supported by the record. Concur—Ellerin, P. J., Rosenberger, Tom, Lerner and Saxe, JJ.